(125 So. 925)

**Tom SANFORD v. STATE.** (8 Div. 921.)

Court of Appeals of Alabama.   Jan. 28, 1930.

BRICKEN, P. J.   Appeal dismissed.

(128 So. 924)

**Charlie B. SAVAGE v. STATE.**
**8 Div. 56.**

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Affirmed.

(121 So. 925)

**Eddie SAWYER v. STATE.** (1 Div. 837.)

Court of Appeals of Alabama.   April 9, 1929.

RICE, J.   Appeal dismissed.

(122 So. 925)

**George SAWYER v. STATE.** (6 Div. 524.)

Court of Appeals of Alabama.   April 30, 1929.

BRICKEN, P. J.   Appeal dismissed.

(125 So. 925)

**Margaret SCHRIMSCHER v. STATE.**
**(8 Div. 909.)**

Court of Appeals of Alabama.   Jan. 28, 1930.

SAMFORD, J.   Appeal dismissed.

(123 So. 927)

**Alston SEXTON v. STATE.** (6 Div. 516.)

Court of Appeals of Alabama.   June 18, 1929.

BRICKEN, P. J.   Affirmed.

(125 So. 926)

**Ray SEXTON v. STATE.** (6 Div. 584.)

Court of Appeals of Alabama.   Dec. 10, 1929.

SAMFORD, J.   Appeal dismissed.

(127 So. 926)

**Robert W. SEYMORE v. STATE.**
**4 Div. 474.**

Court of Appeals of Alabama.
April 8, 1930.

RICE, J.
Appeal dismissed.

(124 So. 925)

**Raburn SHANNON v. STATE.** (4 Div. 568.)

Court of Appeals of Alabama.   Nov. 26, 1929.

Guy W. Winn, of Clayton, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.   This appellant was charged with the offense of murder in the first degree, in that he unlawfully and with malice aforethought killed Woody Johnson by shooting him with a gun.   His trial resulted in his conviction of murder in the second degree, and the jury fixed his punishment at imprisonment in the penitentiary for a term of 10 years.   Sentence was accordingly pronounced, and judgment of conviction duly entered.   From this judgment an appeal was taken to this court.

The appeal is predicated upon the record proper, which is regular in all things and without error.   The judgment of the lower court will stand affirmed.

Affirmed.